# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HUBER,              Plaintiff, | : : : |
| v. | : Civil No. 5:23-cv-00592-JMG |
| MADELYN S. FUDEMAN, *et al.*,              Defendants. | : : : : |

# ORDER

**AND NOW**, this 24th day of October 2023, upon consideration of Defendant's Motion to Dismiss (ECF No. 17) and Plaintiff's Response to Defendant's Motion to Dismiss (ECF No. 27) **IT IS HEREBY ORDERED** as follows:

1. All claims alleged under the Fourteenth Amendment Due Process Clause are **DISMISSED WITH PREJUDICE.**

2. All claims alleged under the Fourteenth Amendment Equal Protection Clause, the Fourth Amendment, the First Amendment, and 42 U.S.C. §§ 1985 and 1986 are **DISMISSED WITHOUT PREJUDICE.**

3. Supplemental jurisdiction over the remaining state-law claims is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge